RECEIVED

SEP 28 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**LAFAYETTE DIVISION**

| | | |
|---|---|---|
| MONICA SLACK | * | CIVIL ACTION NO. 15-1980 |
| VERSUS | * | JUDGE DOHERTY |
| COMMISSIONER OF SOCIAL SECURITY | * | MAGISTRATE JUDGE WHITEHURST |

## JUDGMENT

This matter was referred to United States Magistrate Carol B. Whitehurst for Report and Recommendation. After an independent review of the record, including the objections filed herein, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED** that the Commissioner's decision is **AFFIRMED**, and that this matter is **DISMISSED WITH PREJUDICE**.

Lafayette, Louisiana, this 28th day of September, 2016.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE